# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **EDDIE M. KELLY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-17-453-RAW ) |
| **K12 INC., et al.,** | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the court is the motion of defendants Audra Plummer and Nicole Ellison to dismiss. Plaintiff, appearing *pro se*, sues multiple defendants alleging discrimination and retaliation in the termination of her employment. In the complaint, she cites Title VII, the Age Discrimination in Employment Act, 42 U.S.C. §§1981, 1982 and 1983, and a state law claim under 25 O.S. §1302.

Contemporaneously, the court has entered an order granting in part the motion of defendant K12 Inc., staying this case and referring the matter for arbitration. Therefore, the court will deem the present motion moot. Movants are represented by the same counsel as K12 and the court sees no prejudice. Should the matter be reopened after arbitration, the present motion may be re-urged.

It is the order of the court that the motion to dismiss (#32) is hereby deemed moot.

**IT IS SO ORDERED** this 4th day of JUNE, 2018.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**