**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

# Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/11/2020 at 7:34:15 AM MDT and filed on 08/11/2020

| | |
|---|---|
| **Case Name:** | Kelly v. K12 Inc., et al |
| **Case Number:** | 20-7046 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10761883] Record on appeal filed. No. of Volumes: 1, Comments: Vol I - Pleadings. [20-7046] (MLB)

**Notice will be electronically mailed to:**

Eva C. Madison: emadison@littler.com
Ms. Rebecca Woodward: RebeccaWoodward@HoldenLitigation.com

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Eddie M. Kelly
814 Carbon Avenue
Hartshorne, OK 74547